1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CABN 177104)
   Assistant United States Attorneys
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7241
7     Facsimile: (415) 436-7234
      owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )   CR 10-0261 JSW
14                                   )
                                     )
15            Plaintiff,             )   **THE PARTIES' JOINT STATUS**
                                     )   **REPORT REGARDING SETTLEMENT**
16       v.                          )   **AND FURTHER SCHEDULING IN**
                                     )   **THIS CASE**
17 JONATHAN HILL,                    )
                                     )
18                                   )
              Defendant.             )
19 _____ )

20

21        At the parties' February 3, 2011, status conference in this case, the Court set a date for

22 change of plea on March 10, 2011, but also ordered the parties to file a joint status report by

23 February 24, 2011, regarding the status of settlement negotiations, and whether the Court should

24 vacate the currently set date and set the case for trial.

25        The parties hereby report that they have reached an agreement in principle in this case,

26 and expect the change of plea to proceed as planned on March 10, 2011, on the Court's 2:00pm

27 criminal calendar, pursuant to a plea agreement.  Therefore, the parties foresee no need to set this

28 //

JOINT STATUS REPORT RE: SETTLEMENT
CASE NO. CR 10-0261 JSW                    1

1 case for trial, or to set any other pre-trial deadlines for this case.

2

3 DATED: February 24, 2011 Respectfully submitted,

4 MELINDA HAAG
United States Attorney

5
/s/
6 _____
OWEN P. MARTIKAN
7 Assistant United States Attorney

8

9

10 /s/
_____
DOUGLAS I. HORNGRAD
11 Attorney for Defendant Jonathan Hill

JOINT STATUS REPORT RE: SETTLEMENT
CASE NO. CR 10-0261 JSW                    2